```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/30/2024_
```

May 29, 2024

*Via ECF:*

Re. Case 1:24-cv-01649-AT Klein v. Jafri et al

Dear Judge Torres:

This is a legal malpractice action in your court based on diversity jurisdiction has all the defendants reside in different states that the plaintiff and the case has a value in excess of $75,000. All defendants worked at the same law firm that represented the plaintiff in this case and worked on his case.

Pursuant to your Individual Practices in Civil Cases, section IIB, please be advised that two of the defendants, Esmeralda Famutimi and the Farva Law Firm have not been served. (The law firm appears to be just a dba and not a business entity.) There have been at least 9 attempts to serve Ms. Famutimi and 4 to serve the law firm, but as of now, they have been unsuccessful.

One defendant, Mykola Ishchuk, has been served and just today you granted him until June 21, to file a response to the complaint. We contend that another defendant Farva Jafri, has been served as well.

It is expected that all defendants will be represented by the same attorney, William McCaffrey who filed the request for an extension of time to answer on behalf of Mykola Ischuck.

I am trying to work out the service issues with Mr. McCaffrey and expect to hear from him today.

Based on the above, I request an adjournment of the due date for the joint Case Management Plan and Scheduling Order

CARLOS JATO

DENIED. By **July 10, 2024**, the parties shall file their proposed case management plan and joint letter.

SO ORDERED.

Dated: May 30, 2024
      New York, New York

ANALISA TORRES
United States District Judge