UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KLEIN,

           Plaintiff,

-against-

FARVA JAFRI, JAFRI LAW FIRM, MYKOLA ISHCHUK, ESMERALDA FAMUTIMI,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2024
```

24 Civ. 1649 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' letters dated September 20 and 27, 2024. ECF Nos. 65–66; *see also* ECF Nos. 37, 40.

    By **October 7, 2024**, the parties shall meet and confer by telephone or videoconference for at least forty-five minutes. During the meet-and-confer, the parties shall discuss:

1. Whether the parties agree that this matter should be stayed pending the disposition of *Klein v. Jafri et al.*, No. 24 Civ. 3265 (N.D. Cal.);
2. Whether Plaintiff intends to amend the complaint to address any deficiencies identified in the parties' exchange of letters, *see* Individual Practices in Civil Cases § III.B.ii; and
3. Settlement prospects.

    By **October 11, 2024**, the parties shall file a joint letter reporting on the meet-and-confer.

SO ORDERED.

Dated: September 30, 2024
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge