```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/18/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KLEIN,

            Plaintiff,

    -against-

FARVA JAFRI, JAFRI LAW FIRM, MYKOLA ISHCHUK, ESMERALDA FAMUTIMI,

            Defendants.

24 Civ. 1649 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received Plaintiff's motion to reopen the case. ECF No. 83. By **February 21, 2025**, Defendants shall respond to Plaintiff's motion.

    SO ORDERED.

Dated: February 18, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge