UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>              Plaintiff,<br><br>-against-<br><br>FARVA JAFRI, et al.,<br><br>              Defendants. | 24-CV-1649 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a discovery conference on **March 11, 2025, at 3:30 PM**, to address Plaintiff's letter at ECF 87. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 860 148 877 #**.

DATED:  March 7, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge