UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>              Plaintiff,<br><br>-against-<br><br>FARVA JAFRI, et al.,<br><br>              Defendants. | 24cv01649 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This case is stayed until the earlier of 1) May 28, 2025 and 2) a decision in the parallel case in the Eastern District of California on venue. The parties shall file a joint letter on the docket within two business days of a decision by the California court on venue, if there is such a decision by May 28, 2025. There will be a telephonic status conference held on **May 28, 2025 at 9:30 a.m.** The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 501 860 103#.

DATED: March 28, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge