UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN, <br><br> Plaintiff, <br><br> -against- <br><br> FARVA JAFRI, et al., <br><br> Defendants. | 24-CV-1649 (AT) (RFT) <br><br> **<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 4, 2024, Plaintiff David Klein filed in this District a complaint alleging legal malpractice and breach of fiduciary duty against Defendants Farva Jafri, Mykola Ischuck, Esmeralda Famutimi, and Jafri Law Firm (the "SDNY Action"). (*See* ECF 1, Compl.) That same day, Plaintiff filed in California State Court a complaint alleging the same causes of action against the same Defendants, which action was removed to the United States District Court for the Northern District of California (the "NDC Action"). (*See Klein v. Jafri*, No. 24-cv-3135 (WHO).) On April 15, 2025, the NDC Action was transferred to this District and accepted as a related case. (*See Klein v. Jafri*, No. 25-cv-3135 (AT).)

A telephonic status conference will be held on **May 1, 2025 at 11:00 AM.** The parties are directed to join the conference at the scheduled time by **dialing (646) 453-4442, Access Code: 605 009 666 #**. Counsel for the parties shall be prepared to discuss consolidation of the SDNY Action and the NDC Action, pursuant to Rule 42 of the Federal Rules of Civil Procedure.

DATED:  April 23, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge