UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>    Plaintiff,<br><br>-against-<br><br>FARVA JAFRI, et al.,<br><br>    Defendants. | 24-CV-01649 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This matter was stayed due to the pendency of an identical case in a federal court in California ("California Case"). *See* ECF 97. The California case has since been transferred to this District, Accordingly, the stay is LIFTED.

  The Clerk of Court is respectfully requested to terminate the stay in this case.

DATED: May 9, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge