UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>                Plaintiff,<br><br>  -against-<br>FARVA JAFRI,<br><br>                Defendant. | 24cv01649 (AT) (RFT)<br>25cv03135 (AT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on May 29, 2025:

1. Defendants shall file a letter by **June 9, 2025** indicating whether they seek to file a motion to dismiss the California case; if Defendants seek to file a motion to dismiss, Plaintiff shall have until **June 16, 2025** to file a letter in opposition.

2. If Defendants do not seek to move to dismiss the California case, they shall answer the complaint by **June 23, 2025**.

3. Plaintiff's motions for an extension of time on a briefing schedule (**ECF 92**) and for discovery (**ECF 95**) are DENIED as moot, without prejudice to refiling if appropriate.

4. Defendant Faumutimi's motion to dismiss the New York case, if any, is due by **June 26, 2025**; Plaintiff's opposition, if any, is due by **July 11, 2025;** and Defendant Faumutimi's reply in further support, if any, is due by **July 25, 2025.** The deadline for the other Defendants in the New York case to answer the complaint will be seven days after a decision on Defendant Faumutimi's motion to dismiss the New York case.

The Clerk of Court is respectfully requested to terminate **ECF 92 and ECF 95**.

DATED:  May 29, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge