UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>     Plaintiff,<br><br> -against-<br>FARVA JAFRI,<br><br>     Defendant. | 24cv01649 (RFT)<br>25cv03135 (RFT)<br><br>**ORDER REGARDING SETTLEMENT REFERRAL** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The referral in the above entitled action has been reassigned to Honorable Ona T. Wang for settlement purposes in the related cases of 24cv01649 and 25cv03135.

DATED: June 3, 2025           SO ORDERED.
      New York, NY

                            _____
                            **ROBYN F. TARNOFSKY**
                            United States Magistrate Judge