UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Klein,<br><br>    Plaintiff,<br><br> -against-<br>Farva Jafri, et al.,<br><br>    Defendants. | 24cv01649 (RFT)<br><br>25cv03135 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  In light of the parties' settlement talks with Judge Wang, Defendants' answer in the transferred California action and Defendants' response to the complaint in the New York action are now due on **July 23, 2025**. If Defendants move to dismiss the New York action, Plaintiff's opposition shall be due on **August 15, 2025,** and Defendants' reply shall be due on **August 29, 2025.**

DATED: July 1, 2025
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge