UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>      Plaintiff,<br><br> -against-<br>FARVA JAFRI,<br><br>      Defendant. | 24cv01649 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Plaintiff has filed an amended complaint in response to Defendants' motion to dismiss and to transfer venue. If Defendants wish to stand on their prior motion to dismiss, they shall write a letter to the Court so stating by **August 15, 2025;** if they choose to stand on their prior motions, Plaintiff's opposition shall be due by **September 8, 2025**, and Defendants' reply shall be due by **September 22, 2025.** If Defendants choose not to stand on their prior motions, they shall respond to the amended complaint by **August 22, 2025;** if Defendants file a new motion or motions directed at the amended complaint, Plaintiff's opposition shall be due by **September 15, 2025;** and Defendants' reply shall be due by **September 29, 2025.**

DATED: August 12, 2025  
     New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge