UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>    Plaintiff,<br><br> -against-<br><br>FARVA JAFRI,<br><br>    Defendant. | 24cv01649 (RFT)<br>25cv03135 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Plaintiff shall advise the Court by **September 12, 2025** whether he plans to maintain both related cases following the dismissal of Defendant Famutimi. The motions to dismiss filed by Defendant Famutimi (ECF 128, 129) are DENIED as moot. The Court approves the substitution of counsel (ECF 147). Defendants shall have until **September 12, 2025** to answer the amended complaint.

  The Clerk of Court is respectfully requested to terminate ECF 128 and 129 and to terminate Carlos Jato as counsel of record for Plaintiff in this matter.

DATED: August 27, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge