UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>    Plaintiff,<br><br>-against-<br><br>FARVA JAFRI,<br><br>    Defendant. | 24cv01649 (RFT)<br>25cv03135 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On September 23, 2025, Defendant filed a Motion to Disqualify Counsel for Plaintiff.

Plaintiff's opposition to Defendant's Motion to Disqualify Counsel is due to the Court by **September 29, 2025**. Defendant's reply brief, if any, is due to the Court by **October 3, 2025**.

DATED: September 24, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge