UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>    Plaintiff,<br><br> -against-<br><br>FARVA JAFRI,<br><br>    Defendant. | 24cv01649 (RFT)<br>25cv03135 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephonic conference is scheduled for **Friday, October 24, 2025 at 1:00 p.m.** The parties should be prepared to discuss Motion to Transfer Case [ECF 134]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 325 072 416#.

DATED: October 20, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge