UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEIN,<br><br>                    Plaintiff,<br><br>  -against-<br>FARVA JAFRI,<br><br>                  Defendant. | 24-CV-01649 (RFT)<br>25-CV-03135 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the conference on October 24, 2025, the parties shall have until **October 31, 2025** to file letters on the docket in connection with the Jafri parties' motion to disqualify counsel for Klein; any such letters should focus on the issues I raised at the conference. The Jafri parties shall, by **October 31, 2025**, file a letter on the docket setting forth their position on whether they, or any of them, intend to argue that this Court lacks personal jurisdiction over any of them.

DATED:  October 24, 2025  
             New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge